UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| MARWAN WILLIAMS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIVERSIFIED CONSULTING, INC. ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 16-1420 |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1447, Defendant Diversified Consultants, Inc. ("DCI"), improperly named as Diversified Consultants, Inc., hereby removes the above captioned civil action from the Eighteenth Judicial District, District Court of Sedgwick County, Kansas, to the United States District Court for the District of Kansas. The removal of this civil action is proper because:

1.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

2.  On or about October 18, 2016, the action was commenced in the Eighteenth Judicial District, District Court, Sedgwick County Kansas, entitled, *Marwan Williams v. Diversified Consulting* [sic], Case No. 16SC0645 (the "State Action"). A copy of the Plaintiff's Petition and Summons filed in state court are attached as Exhibit "A" and incorporated by reference as part of this Notice of Removal. No further proceedings have taken place in the State Court Action.

3. A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Eighteenth Judicial District Court of Sedgwick County, Kansas.

4. Venue for purposes of removal is proper because the United States District Court for the District of Kansas embraces the place in which the State Action is pending. 28 U.S.C. § 1441(a).

5. Pursuant to 28 U.S.C. § 1446(b), DCI has timely filed this Notice of Removal. DCI was served with Plaintiff's State Court Action on October 23, 2016, and this Notice of Removal is being filed within 30 days thereof.

6. Jurisdiction over any state law claims arising from Plaintiff's complaint is proper pursuant to supplemental jurisdiction under 28 U.S.C. § 1367.

WHEREFORE, Defendant DCI, hereby removes the State Court Action to this Court.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By:/s/ *Matthew R. Brunkhorst*
　　Paul Croker　　　　　　#21627
　　Matthew R. Brunkhorst　#25873
　　2345 Grand Boulevard, Suite 1500
　　Kansas City, Missouri 64108-2617
　　816.221.3420
　　816.221.0786 (facsimile)
　　pcroker@armstrongteasdale.com
　　mbrunkhorst@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
DIVERSIFIED CONSULTANTS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, a copy of the foregoing was served via First Class mail, postage prepaid, *and* via certified mail, return receipt requested, on the following:

>Marwan Williams
>1220 W. 27th Street S.
>Wichita KS 67217

/s/ *Matthew R. Brunkhorst*

Attorney for Defendant Diversified Consultants, Inc.